UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-cv-1112-RC |

## NOTICE OF SUBMISSION OF SUMMONS

Plaintiffs Sierra Club, Union of Concerned Scientists, Environmental Integrity Project, and California Communities Against Toxics submit the attached summons for the Attorney General of the United States and the United States Attorney's Office.

Dated: April 15, 2025

Andrea Issod* (CA Bar No. 230920)
Joya Manjur* (CA Bar No. 348160)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5544

*Counsel for Sierra Club*

\* *Motion to appear pro hac vice forthcoming*

Respectfully submitted,

/s/ Zachary R. Shelley
Zachary R. Shelley (DC Bar No. 90021549)
Adina H. Rosenbaum (DC Bar No. 490928)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
zshelley@citizen.org

*Counsel for All Plaintiffs*