UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>Defendants. | Civil Action No. 25-cv-1112-RC |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs respectfully request that this Court grant a preliminary injunction on their claims that Defendants' actions violate the Administrative Procedure Act. In support of this motion, Plaintiffs submit the accompanying memorandum of law, declarations of Patrick Grenter, Pallavi Phartiyal, Jennifer Duggan, and Jane Williams, and a proposed order.

Dated: May 16, 2025

Respectfully submitted,

/s/ Zachary R. Shelley
Zachary R. Shelley (DC Bar No. 90021549)
Adina H. Rosenbaum (DC Bar No. 490928)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
zshelley@citizen.org

*Counsel for All Plaintiffs*

Andrea Issod* (CA Bar No. 230920)
Joya Manjur* (CA Bar No. 348160)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612

(415) 977-5544

*Counsel for Sierra Club*

*\* Motion to appear pro hac vice filed*