**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SIERRA CLUB, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>Defendants. | Civil Action No. 25-cv-1112-RC |

**DECLARATION OF PATRICK GRENTER**

I, Patrick Grenter, declare as follows:

<u>Background</u>

1.      My name is Patrick Grenter. I am the Senior Director for Campaign Strategy at Sierra Club. I have worked for the Sierra Club since 2017. I formerly served as the Director of Sierra Club's Beyond Dirty Fuels Campaign, and I held various management and senior positions in the Beyond Coal and Dirty Fuels Campaigns.

2.      I have more than 15 years of experience building strategic campaigns to address climate change, including developing clean energy, stopping the expansion of fossil fuels, promoting sustainable finance, and organizing mass mobilization events. Before coming to the Sierra Club, I served as the Executive Director for the Center for Coalfield Justice, and before that, I worked as the Legal Director at Three Rivers Waterkeeper.

3.      The Sierra Club is a 501(c)(4) non-profit membership organization incorporated under the laws of the State of California, with its principal place of business in Oakland, California. Sierra Club's mission is to explore, enjoy and protect the wild places of the Earth; to practice and

promote the responsible use of the Earth's resources and ecosystems; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out these objectives.

4. Through my years of experience at Sierra Club and my role as Senior Director for Campaign Strategy, I am familiar with the Sierra Club's structure, mission, activities, and membership. I have expertise and knowledge concerning the Sierra Club's priority campaigns and teams, including the Beyond Coal, Beyond Dirty Fuels, Clean Transportation for All, Outdoors for All, and Industrial Transformation campaigns, and the Clean Air Team.

5. A key part of Sierra Club's work involves sharing accurate, easily comprehensible data about fossil fuel pollution, community impacts, energy burden, and access to the outdoors so impacted communities can understand and advocate about decisions that affect them.

6. As described in detail in this declaration, Sierra Club regularly utilizes federal data tools to achieve its goals and fulfill its mission, including the now-eliminated EPA's EJScreen, CEQ's Climate and Economic Justice Screening Tool (CEJST), DOE's Low-Income Energy Affordability Data (LEAD) Tool and Community Benefits Map, and DOT's Equitable Transportation Community (ETC) Explorer tools. Sierra Club relied on the now-eliminated tools because they present reliable data in a digestible format on user-friendly websites, and it would continue to do so but for their removal.

7. It is my understanding that EPA removed webpages related to EJScreen on February 5, 2025; CEQ removed webpages related to CEJST on January 22, 2025; DOE removed webpages related to the LEAD Tool and the Community Benefits Map between January 25, 2025, and January 29, 2025; and DOT removed webpages related to the ETC Explorer between January 26, 2025, and February 1, 2025. It is my understanding that the agencies removed not only the

interactive EJScreen, CEJST, LEAD Tool, Community Benefits Map, and ETC Explorer webpages, but also removed from their websites the behind-the-scenes datasets or webpages on which the interactive tools relied to operate.

8.      In part due to the trustworthy, easy-to-access and comprehensible data available through the federal tools, Sierra Club's work has contributed to better health outcomes in communities and better access to the outdoors. For example, Sierra Club's work has led to the early retirement of highly polluting fossil fuel plants, contributed to stringent federal rules that limit pollution from transportation and industry, and more equitable access to nature.

9.      As described in further detail below, Sierra Club is harmed by the elimination of the federal data tools. It is very difficult to run effective public campaigns without access to reliable federal data and analyses, and doing so requires additional effort, time, and expense. Elimination of these crucial tools makes Sierra Club's work more time-consuming and costly and less likely to succeed in securing better health outcomes for communities and improving equitable access to the outdoors.

Beyond Dirty Fuels Campaign

10.      The EJScreen and LEAD tools are central to the Beyond Dirty Fuels Campaign's mission to protect public health, climate, and public lands by fighting oil and gas expansion, and making renewable energy clean, abundant, and affordable. Citing trustworthy data is crucial to countering pipeline proposals that attempt to downplay the local impacts of new pipeline development.

11.      Sierra Club regularly used EJScreen to inform the public and decision-makers about the cumulative impacts of pipelines, incorporating EJScreen data in public education materials, comments and testimony to federal agencies, and conversations with elected officials.

12.    Sierra Club used EJScreen to develop and update an online Liquefied Natural Gas (LNG) Export Tracker that compiles and analyzes information on all existing and proposed LNG export projects in the United States, including data on proposed projects in areas already overburdened by fossil fuel pollution. For updates to the LNG Export Tracker, Sierra Club relied on both the interactive EJScreen pages and EJScreen API tool. Sierra Club uses the LNG Tracker every week to track the status of LNG proceedings, project financing, and community impacts and to communicate information to communities and decision-makers.

13.    Sierra Club recently released a report that used EJScreen data, including PM2.5 (both by state percentile and absolute values), low income population (by state percentile and absolute values), and people of color (by state percentile and absolute value), to demonstrate how communities would be harmed by the proposed Southeast Supply Enhancement Project in North Carolina. This report provided recommendations to North Carolina decision-makers based on the data and analysis. Since the EJScreen tool was eliminated, referenced links in the report no longer work. To provide updated links, Sierra Club staff would need to spend many hours to replace each citation with a reference to the underlying data that would have informed the EJScreen analysis. This would be an extremely cumbersome and time-consuming effort that would take resources away from other priorities.

14.    Sierra Club used the LEAD tool to analyze how LNG build-out increases energy bills and contributes to disproportionate energy burdens on low-income communities and communities of color. For example, to further its public education and advocacy, Sierra Club relied on LEAD tool data on energy burden, income, and demographics at the census tract level to create reports on LNG impacts on energy burden in Texas and Louisiana. Sierra Club sent these reports to partners, federal lawmakers, and federal agencies, including to DOE, in response to its request

for information on environmental justice impacts of LNG, and to inform the agency's updates to its LNG studies.

Clean Transportation for All Campaign

15.     Sierra Club's Clean Transportation for All Campaign aims to reduce the harmful environmental and public health impacts of transporting people and goods while expanding equitable transportation options. The Campaign's mission is to reduce pollution and improve air quality for all communities, especially those that have historically dealt with disparate pollution burdens as a result of environmental racism. To achieve this mission, it is crucial to have easily accessible and trustworthy tools to identify the areas of the country with the worst pollution burdens and understand the demographics of impacted communities. Accordingly, Sierra Club often relied on EJScreen to further education and advocacy efforts around transportation.

16.     For example, in 2022, Sierra Club developed an interactive map of existing and proposed warehouses in the United States that are larger than 100,000 square feet and used EJScreen to overlay the map with demographic information about residents living within a half mile of the warehouses. Sierra Club uses the map and an accompanying article in Sierra Magazine to raise awareness about the impact of the proliferation of warehouses across the country. The EJScreen tool was essential to create a visualization of how warehouse development imposes disparate burdens on communities that already bear a legacy of pollution. These advocacy tools that Sierra Club created using EJScreen aligned with Sierra Club's longstanding campaign to encourage states and air districts to regulate warehouse pollution (as California's South Coast Air Quality Management District did with its 2021 Warehouse Indirect Source Rule) and thus reduce burdens on surrounding communities.  Sierra Club has used the article in its advocacy efforts to

encourage Indirect Source Rules in other areas of California and the country, including the Bay Area, San Diego, and New York.

17.    The map created using EJScreen and the accompanying article are especially important to Sierra Club's state-level transportation advocacy efforts. Sierra Club regularly advocates before state legislatures and before state regulatory agencies to reduce pollution from the freight transportation sector by adopting stringent pollution standards. Through this advocacy work, Sierra Club has helped pass state laws that incentivize e-bikes, require utilities to invest in electric vehicle (EV) charging equitably, and make roadways safer for pedestrians and cyclists. Sierra Club has used the article and the maps in its advocacy efforts in New Jersey, Pennsylvania, Illinois, and New York.

Outdoors for All Campaign

18.    Sierra Club's Outdoors for All Campaign works to expand universal access to nature for children and youth, as well as to empower veterans to continue their service in protecting the land they defend. Sierra Club encourages municipalities to advertise their existing routes as "transit to trails" options, advocates for new routes through community input, and advances legislation that would create or improve transportation between underserved communities and public lands.

19.    Sierra Club runs a Transit to Trails program, which aims to create and improve public transportation options to connect underserved communities to green spaces like trails, parks and nature areas, so that all communities can access green spaces and public recreational amenities. Sierra Club encourages municipalities to advertise their existing routes as "transit to trails" options, advocating for new routes through community input, and advancing legislation that would create or improve transportation between underserved communities and public lands. Until EPA and DOT

removed access the tools, the EJScreen and the Equitable Transportation Community (ETC) Explorer were instrumental to this effort.

20. The metrics the tools generated, such as the "Transportation Access" percentage in the ETC tool, and the "Walkability" and "Percentage of Households with No Vehicle Available" metrics in the EJScreen tool, enabled Sierra Club to identify existing community needs and calculate the benefits of developing particular transit routes.

21. Until EPA and DOT removed access to the tools, Sierra Club used the ETC and EJScreen tools to identify public transit routes to connect underserved communities to green spaces like trails, parks, and nature areas; encourage municipalities to advertise their existing routes as "transit to trails" options; and promote legislation that would create or improve transportation between underserved communities and public lands.

22. Sierra Club used the ETC tool to identify gaps in public transit availability and EJScreen to gather data about the communities underserved by transit and to determine where to focus Sierra Club's efforts and resources. One example is in the city of Louisville, KY where Sierra Club worked to connect residents with transit access to city parks including the Parklands of Floyd Fork. The ETC tool and EJScreen allowed Sierra Club to identify gaps in transit in Louisville and to advocate on behalf of the affected communities.

Beyond Coal Campaign

23. Sierra Club's Beyond Coal Campaign targets the public health and environmental harms from coal and gas pollution, and aims to replace coal and gas electricity with clean energy. Because clean energy generation is less expensive than coal-based electricity, transitioning generation resources will not only improve public health outcomes, but also drive down electricity

bills. To maximize impact, the campaign prioritizes closing coal plants and stopping new gas plants in the areas most affected by pollution and high energy costs.

24. As a part of this effort, Sierra Club used the LEAD tool to study and address energy burdens. An energy burden refers to the percentage of a household's income spent on energy costs.

25. For instance, Sierra Club partnered with two Missouri-based organizations to study and address energy burdens in Missouri, using the LEAD tool and data from utility companies across the state to create the Missouri Energy Burden Explorer, an interactive map that presents energy burden data by census tract, as well as data on income, race, and respiratory illness rates. Sierra Club used the Energy Burden Explorer and LEAD tool data therein to produce its St. Louis Energy Burden Report, which highlights racial and economic disparities in energy burden in the city, and the Missouri Energy Burden Explorer, an interactive map that presents energy burden data by census tract, as well as data on income, race, and respiratory illness rates. These tools help the Sierra Club engage in crucial advocacy and community mobilization. For example, the Sierra Club released the St. Louis Energy Burden Report as part of an advocacy campaign to stop the utility Ameren Missouri from raising energy rates by over 15%. The report's release generated positive press coverage, furthered the Sierra Club's goals of educating the public on disparate energy burden issues, and increased community participation in the rate proceeding.

26. Sierra Club also used the LEAD tool to produce reports on energy burden in Milwaukee, and to help Sierra Club develop regional recommendations to help alleviate the energy burden for vulnerable households.

27. Sierra Club also used the LEAD tool to inform its advocacy and decisions about resource allocation. For instance, Sierra Club used the Missouri Energy Burden Explorer map, which incorporated demographic and energy burden data from the LEAD tool, to identify the

communities in St. Louis bearing the highest energy burdens and prioritize those communities in canvassing and organizing efforts. The Sierra Club also used the data to encourage utilities to provide targeted relief, such as community solar, to low-income areas with high energy burdens.

Industrial Transformation Campaign

28.    Sierra Club's Industrial Transformation Campaign's mission is to support the most polluting industries in transitioning to cleaner, greener technologies while preserving and growing good, high-paying jobs. Given the consequential impacts of currently high-polluting manufacturing facilities on the economy, environment, and communities, the Sierra Club needs access to reliable data to support policy suggestions and take constructive action.

29.    The Sierra Club used the DOE's Community Benefits Map to help educate and organize communities about industrial decarbonization demonstration projects funded by the DOE's Industrial Demonstrations Program, which aims to accelerate emissions reduction projects in energy-intensive industries and provide American manufacturers a competitive advantage in the race to lead the world in low- and net-zero carbon manufacturing. The Community Benefits Map helped Sierra Club staff identify the communities impacted by the decarbonization demonstration projects, provide those communities with information about the projects and other nearby DOE-funded projects, and encourage them to engage in the public process to ensure that potential projects not only deliver climate benefits, but also local air and water quality benefits, and address other needs of manufacturing communities. The Community Benefits Map was also crucial in helping Sierra Club chapters and local community partners build coalitions and collectively advocate for project developers to turn nonbinding community benefits commitments into binding community benefits agreements that would deliver workforce development programs, transparent pollution monitoring and reporting, and contracts for local small and underrepresented businesses.

30.    The removal of the Community Benefits Map has prevented the Sierra Club from continuing its work to educate, organize, and mobilize communities around these opportunities to secure additional community benefits as part of clean manufacturing projects. Sierra Club can no longer share the Map and its project data as a resource for communities and decision-makers.

National Clean Air Team

31.    The National Clean Air team uses data coupled with advocacy and other tools to encourage EPA and the states to enact and enforce strong regulations that reduce toxic air pollution and make air safer for people to breathe. Sierra Club recognizes that cleaning up our air is critical to reducing health disparities and improving the quality of life for all communities.

32.    The Clean Air team regularly relies on EJScreen and CEJST to create maps and analyses for education, advocacy, and in comments on rulemakings or permits to protect public health and communities. Sierra Club utilizes these tools to provide targeted advocacy to address the disproportionate impact of environmental crises. For instance, Sierra Club recently used EJScreen and CEJST to develop comments on important federal Clean Air Act rulemakings that impact the amount of toxic air pollution that can be released into communities. For example, Sierra Club, jointly with other environmental organizations, filed detailed comments in the EPA's Major-Minor Source Reclassification Rule docket urging EPA to strengthen the final rule to protect the communities that surround pollution sources from toxic pollution and comply with the Clean Air Act's requirements.

33.    The EJScreen and CEJST tools also enable Sierra Club to respond quickly to urgent issues like disasters and short public comment periods. For example, after the Maui wildfires in 2023, Sierra Club successfully used EJScreen and CEJST in conjunction with other research from the Center for Disease Control to convince the Hawaii Department of Health (Maui District) to

prioritize the evacuation of pregnant native Hawaiian women in the third trimester. There is no Neonatal Intensive Care Unit on Maui, and Sierra Club feared that helicopters would be overwhelmed with both pregnant women and burn victims needing services as the fires progressed. From its prior experience with disasters and reviewing post-disaster data, Sierra Club understands that miscarriage and birth weight are tied to pollution. With that knowledge, Sierra Club used the census block-level precision datasets from CEJST and EJScreen to identify the higher acute risk from wildfire pollution to Maui's most vulnerable population and then communicate that information to local officials to prioritize their evacuation.

Sierra Club is Harmed by the Elimination of EJScreen, CEJST, LEAD, Community Benefits Map, and ETC Explorer Tools

34.     As described in detail above, Sierra Club regularly relies on the easily accessible, trustworthy data and analyses that are available through the federal tools EJScreen, CEJST, LEAD and ETC tools to release reports, create online tools, news articles, fact sheets, prioritize and target its work, and distribute information to achieve its mission and goals of its campaigns and teams.

35.     Sierra Club is harmed by the elimination of the federal data tools. Elimination of these crucial tools makes Sierra Club's work more time-consuming and costly and less likely to succeed in its mission and goals.

36.     There are no adequate substitutes available for the eliminated federal tools.

37.     It is extremely time-consuming to try to recreate the same analyses and reports that are available by using the federal tools. For example, as described above, Sierra Club regularly releases reports that utilize these federal tools that are used by public officials when making decisions regarding the environment, public health, and outdoor access. To develop the same type of reports without the federal tools, Sierra Club needs to locate all the underlying data sets from

the tools, reformat and "clean" the data, and develop programs to recreate the analyses, maps, and reports. This would involve countless hours of work, and technical expertise, which takes away from other priorities. So, Sierra Club will need to expend additional resources to educate the public, advocate for public health and the environment, and participate in rulemaking and legislative processes. And because its resources are limited, that means it will be forced to abandon some of its other work.

38.    Because Sierra Club is not readily able to generate similar reports and advocacy analyses without the federal tools, it will also be less effective in achieving its mission and goals. The federal tools enabled Sierra Club to respond quickly to urgent issues like disasters and short public comment periods. Especially under constrained timelines, the elimination of the tools prevents Sierra Club from responding to disasters, meaningfully participating in proceedings, and educating communities impacted by such events.

39.    Some of the tools that Sierra Club has developed, like the LNG export tracker, will be rendered less effective if the federal tools remain inaccessible and are not updated.

40.    Without the federal tools, it will be much harder to identify gaps in resources and prioritize community needs, and therefore Sierra Club will need to expend substantial additional resources to carry out its work, or it will not be as effective in its mission to create and improve public transportation options so that all communities can access nature. For example, Sierra Club's work to continue building the Transit to Trails campaign will be much more difficult and time-consuming without access to the federal tools.

41.    The inability to access the tools will also interfere with Sierra Club's ability to continue prioritizing advocacy and education in areas most affected by pollution and energy costs. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on May 5, 2025.

 

 

 

_____

Patrick Genter