**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SIERRA CLUB, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>Defendants. | Civil Action No. 25-cv-1112-RC |

**DECLARATION OF PALLAVI PHARTIYAL**

I, PALLAVI PHARTIYAL declare and state as follows:

1.     I am the Vice President - Programs, Policy & Advocacy of the Union of Concerned Scientists (UCS). In this capacity, I have worked for UCS for approximately 2.5 years.

2.     UCS is a nonprofit organization with the mission of conducting scientific analysis and research in the public interest. UCS combines technical analysis and effective advocacy to create innovative, practical solutions for a healthy, safe, and sustainable future.

3.     To accomplish its mission, UCS relied extensively on the EPA's EJScreen tool, CEQ's CEJST tool, DOE's LEAD tool, and FEMA's Future Risk Index.

4.     Various teams at UCS, including the Center for Science & Democracy, Climate & Energy, Clean Transportation, and Global Security teams, use these tools to undertake data analyses that help inform policy solutions for which UCS advocates.

5.     It is my understanding that EPA removed webpages related to EJScreen on February 5, 2025; CEQ removed webpages related to CEJST on January 22, 2025; DOE removed webpages related to the LEAD Tool between January 25, 2025, and January 29, 2025; and FEMA removed

1

webpages related to the Future Risk Index at some point in February 2025. It is also my understanding that the agencies removed not only the interactive EJScreen, CEJST, LEAD tool, and Future Risk Index webpages, but also removed from their websites the behind-the-scenes datasets or webpages on which the interactive tools relied.

6.      But for the agencies' recent removals, UCS would continue to rely on these tools in the same manner in which it has in the past.

7.      UCS regularly relied on the EJScreen webpages, including in numerous public reports on issues related to environmental health, climate, and energy. For example, in its report "Invisible Threat, Inequitable Impact," UCS used EJScreen to assess and explain the environmental justice burden of ethylene oxide emissions in communities across the country and to help identify the case study communities highlighted in the report. Furthermore, in the report "Follow the Money," UCS used EJScreen and other tools to analyze federal infrastructure investments in California. EJScreen provides valuable national-scale data used in analyses across UCS programs, and without it, staff will be less equipped to show the inequities in regulations and policy, and will now have to expend additional resources compiling state or local-level data to demonstrate these effects.

8.      UCS likewise regularly relied on CEJST to conduct technical analyses that it disseminated to the public. For example, UCS relied on CEJST to develop reports on the disadvantaged communities that are particularly vulnerable to impacts from increased coastal flooding and on whether the government was making infrastructure investments in disadvantaged communities, as shown in the analyses "Looming Deadlines for Coastal Resilience." The removal of CEJST greatly impairs UCS's ability to produce national-scale analyses related to climate and environmental justice.

2

9.      UCS planned to incorporate EJScreen and CEJST into forthcoming technical analyses. For example, UCS planned to incorporate EJScreen data in a research project that aims to connect nuclear materials exposure with public health outcomes and highlights the cumulative burdens faced by nuclear frontline communities. Without access to EJScreen, UCS must alter its research methodology and will be unable to include comprehensive cumulative burden data that will help achieve the project's goal of improving health equity in affected communities.

10.     UCS also used EJScreen and CEJST in technical assistance and education with community partners. For example, in its "Community Guide for Cumulative Impacts," which was developed in partnership with community leaders to explain how communities can advance their understanding of how they are impacted by pollution, UCS directed users to undertake practice exercises in which they use EJScreen and CEJST to help understand environmental and health stressors in their communities. Users of the guide can no longer access EJScreen or practice using it with the exercises described in the guide.

11.     UCS regularly relied on the LEAD tool. For example, UCS relied on the LEAD tool in its ongoing efforts to produce reports about how decarbonization and a cleaner electric grid may affect energy access and affordability. One forthcoming report connects locally owned clean energy resources to lower energy costs and greater reliability. UCS will have to alter its methodology for this report without access to the LEAD tool. Additionally, results will be less accessible without the LEAD tool's user-friendly platform.

12.     FEMA's Future Risk Index provided one-of-a-kind information about how much climate change is likely to impact communities in the United States. The worsening pace of escalating climate change-related disasters makes access to this dataset critical since the related but separate FEMA Climate Risk Index does not incorporate future climate risks. UCS used the

Future Risk Index webpages for scoping technical analyses, and UCS had been considering integrating the tool into a forthcoming analysis on affordable housing and climate change. UCS also used the Future Risk Index to inform science-based policy recommendations to the executive and legislative branches of some states and the federal government. Without access to the tool, UCS will not have access to state-of-the-art public data on future climate change-related risks that include major impacts such as coastal flooding due to sea level rise, drought, extreme heat, hurricanes, and wildfires. Consequently, UCS and the American public will not have access to information on when, where and to what degree these impacts will affect communities and therefore how to protect themselves from future climate risks that could prove to be life threatening.

13.     EJScreen, CEJST, the LEAD Tool, and the Future Risk Index were incredibly useful because they provided data in a user-friendly, interactive format and are based on datasets that the agencies pieced together from numerous government sources. The removal of these webpages harms UCS's ability to generate analysis of environmental harms and the ways in which those harms fall disproportionately on different communities, to provide technical assistance to communities that seek to understand and advocate about the environmental burdens they face, and to communicate with members of the public and policymakers about how policy changes lead to disparate environmental and public health burdens.

14.     UCS has already had to halt work on some of its projects because of the removal of the interactive tools. As mentioned above, because EPA and CEQ removed EJScreen and CEJST, UCS has had to pause and reorganize its work on a project involving the impact of nuclear materials on communities. Furthermore, UCS will be unable to use EJScreen data in additional analyses related to ethylene oxide pollution. UCS has also had to pause work on two separate

4

research projects that would use Future Risk Index data and the LEAD tool in analyses related to affordable housing and energy affordability, respectively.

15.    Without these tools, UCS will need to devote additional expertise and resources to gather data about environmental and health hazards and the communities they impact. That means some of UCS's work will now be more expensive and time-consuming, and that UCS will be forced to abandon some projects due to resource limitations.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on May 1, 2025.

_____
PALLAVI PHARTIYAL