UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | Civil Action No. 25-1112 (RC) |

### MOTION TO STAY OBLIGATION TO FILE RESPONSIVE PLEADING

Defendants Environmental Protection Agency, Council for Environmental Quality, Department of Energy, Department of Transportation, and Federal Emergency Management Agency (collectively, "Defendants"), by and through undersigned counsel, respectfully to stay their obligation to respond to the Complaint filed by Plaintiffs Sierra Club, Union of Concerned Scientists, Environmental Integrity Project, and California Communities Against Toxics (collectively, "Plaintiffs") (ECF No. 1) until thirty days after the Court rules on Plaintiffs' pending motion for preliminary injunction (ECF No 20). The current deadline is June 16, 2025. Pursuant to Local Civil Rule 7(m), the Parties have met and conferred through counsel and Plaintiffs oppose the relief requested herein.

1. On April 14, 2025, Plaintiffs filed their Complaint. ECF No. 1.

2. On April 16, 2025, the U.S. Attorney's office was served with a summons and complaint.

3. Defendants' responsive pleading is due on June 16, 2025. Fed. R. Civ. P. 12(a); 6(a).

4. On May 16, 2025, Plaintiffs filed a motion for preliminary injunction. ECF No. 20.

5. By Minute Order on May 28, 2025, the Court ordered that Defendants shall file their response to Plaintiffs' motion for a preliminary injunction (ECF No. 20) on or before June 11, 2025; and Plaintiffs shall file their reply on or before June 20, 2025.

6. Undersigned counsel has a robust caseload and is covering ten cases for a colleague who is on extended leave. In addition to regularly negotiating joint status reports in other matters, undersigned counsel filed briefs and other large filings on May 23, 2025, May 30, 2025, and June 6, 2025, and currently has briefs and other substantial filings due on June 11, 2025, June 16, 2025, June 23, 2025, June 30, 2025, July 7, 2025, and July 14, 2025, among other deadlines.

7. In light of the foregoing, undersigned counsel requires additional time to review Plaintiff's filing, confer with agency counsel, prepare an appropriate responsive pleading, and obtain required supervisory review. Defendants respectfully state that they do not currently have the resources to prepare a responsive pleading for this matter concurrent with their opposition to Plaintiffs' motion for preliminary injunction.

## CONCLUSION

For these reasons, Defendants respectfully request that the Court stay their obligation to respond to Plaintiffs' Complaint (ECF No. 1) until thirty days after the Court issues its decision on Plaintiffs' Motion for Preliminary Injunction (ECF No. 20).

Dated: June 10, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Sian Jones*
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2578
*Attorneys for the United States of America*