UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | Civil Action No. 25-1112 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion for Stay, and the entire record herein, it is hereby

ORDERED that Defendants' Motion for Stay is GRANTED, and it is further

ORDERED that Defendants' obligation to respond to Plaintiffs' Complaint (ECF No. 1) is STAYED until thirty days after the Court issues its decision on Plaintiffs' Motion for Preliminary Injunction (ECF No. 20).

SO ORDERED:

_____                                  _____
Date                                                                         RUDOLPH CONTRERAS
                                                                                     United States District Judge