UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>Defendants. | Civil Action No. 25-cv-1112-RC |

NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT DEPARTMENT OF ENERGY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice of their voluntary dismissal, without prejudice, of Defendant Department of Energy (DOE) from the above-captioned case. This action will continue against the other four Defendants.

Dated: July 1, 2025

Respectfully submitted,

/s/ Zachary R. Shelley
Zachary R. Shelley (DC Bar No. 90021549)
Adina H. Rosenbaum (DC Bar No. 490928)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
zshelley@citizen.org

*Counsel for All Plaintiffs*

Andrea Issod (pro hac vice)
Joya Manjur (pro hac vice)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5544

1

*Counsel for Sierra Club*