# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SIERRA CLUB, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:   25-1112 (RC) |
| | : | |
| v. | : | Re Document No.:   20 |
| | : | |
| ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

**DENYING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motion for a preliminary injunction (ECF No. 20) is **DENIED**.

**SO ORDERED**.

Dated: July 9, 2025                                                                    RUDOLPH CONTRERAS
                                                                                       United States District Judge